UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSSELL DOTSON, Personal Representative
of the ESTATE OF DONALD DOTSON, Deceased,

                Plaintiff,                No. 15-CV-11850-DT

vs.                                              Hon. Gerald E. Rosen

LENAWEE COUNTY, et al.,

                Defendants.
_____/

ORDER GRANTING PLAINTIFF'S MOTION
TO COMPEL DISCOVERY

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on February 03, 2016

        PRESENT:   Honorable Gerald E. Rosen
                              United States District Judge

The Court having reviewed and considered the January 29, 2016 Motion of Plaintiff Russell Dotson, Personal Representative of the Estate of Donald Dotson, to compel Defendants Lenawee County and Correctional Healthcare Companies, Inc. to provide their responses to Plaintiff's Requests for Production of Documents which were served upon Defendants on December 16, 2015; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery **[Dkt. # 37]** be, and hereby is, GRANTED.  Accordingly,

IT IS FURTHER ORDERED that, within 14 days of the date of this Order,

Defendants Lenawee County and Correctional Healthcare Companies, Inc. shall provide Plaintiff with their responses to the Plaintiff's Requests for Production of Documents.

            s/Gerald E. Rosen
            United States District Judge

Dated: February 3, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2016, by electronic and/or ordinary mail.

            s/Julie Owens
            Case Manager, (313) 234-5135