UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSSEL DOTSON, PERSONAL
REPRESENTATIVE OF THE
ESTATE OF DONALD DOTSON,
DECEASED,

        Plaintiff,

v.

COUNTY OF LENAWEE, *et al.*,

        Defendants.

_____/

Case No. 2:15-cv-11850
District Judge Gerald E. Rosen
Magistrate Judge Anthony P. Patti

## ORDER GRANTING DEFENDANTS' MOTION FOR QUALIFIED PROTECTIVE ORDER (DE 46)

Defendant filed a motion for qualified protective order and authorization pursuant to Health Insurance Portability and Accountability Act ("HIPAA") on June 16, 2016. (DE 46.) On the same day, Judge Rosen referred the matter to me under 28 U.S.C. § 636(b)(1)(A). (DE 47.) Pursuant to the Eastern District of Michigan Local Rules, any response in opposition must have been filed within 14 days after service of the motion. E.D. Mich. LR 7.1(e)(2)(B). Plaintiff's response, therefore, was due on or before Friday, July 1, 2016. To date, no response has been filed. Accordingly, Defendants' motion will be considered unopposed.

Plaintiff brings this action on behalf of Donald Dotson, who is deceased, pursuant to 42 U.S.C. § 1983, alleging that Defendants deprived Donald Dotson of

his rights under the Eighth and Fourteenth Amendments to the United States Constitution by failing to attend to his serious medical needs. (DE 1 at ¶¶ 19-34, 39.) In the instant motion, Defendants seek a qualified protective order allowing them to conduct *ex parte* meetings with Plaintiff's medical providers based on the nature of his claims that he was denied appropriate medical treatment. The Court has reviewed Defendants' motion and the relevant case law, and agrees that a qualified protective order would be appropriate in this matter. Accordingly, Defendants' motion is **GRANTED** as unopposed. (DE 46.)

       **IT IS SO ORDERED.**

Dated: July 14, 2016                                  s/Anthony P. Patti
                                                        Anthony P. Patti
                                                        UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing order was sent to parties of record on July 14, 2016, electronically and/or by U.S. Mail.

                                                        s/Michael Williams
                                                        Case Manager for the
                                                        Honorable Anthony P. Patti